IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
SEP 27 2018
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 18-252 |
| v. | ) | |
| | ) | |
| | ) | (18 U.S.C. §§ 2252(a)(2), 2252(a)(4)(B), |
| | ) | 2252(b)(1), and 2252(b)(2)) |
| | ) | |
| MATTHEW JAMES KITE | ) | [UNDER SEAL] |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about October 15, 2017, in the Western District of Pennsylvania, the defendant, MATTHEW JAMES KITE, did knowingly receive visual depictions of a minor, namely videos in digital files, the production of which visual depiction involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depict prepubescent minors and minors who have not attained 12 years of age, engaging in sexually explicit conduct, using a means and facility of interstate and foreign commerce, including by means of a cellular telephone and a computer.

In violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1).

## COUNT TWO

The grand jury further charges:

On or about October 26, 2017, in the Western District of Pennsylvania, the defendant, MATTHEW JAMES KITE, did knowingly possess and knowingly access with intent to view visual depictions, namely, images and videos in computer graphics files and digital files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depict prepubescent minors and minors who have not attained 12 years of age, engaging in sexually explicit conduct, all of which had been shipped and transported in interstate and foreign commerce, including by means of a cellular phone and a computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## **COUNT THREE**

The grand jury further charges:

On or about April 18, 2018, in the Western District of Pennsylvania, the defendant, MATTHEW JAMES KITE, did knowingly possess and knowingly access with intent to view visual depictions, namely, images in computer graphics files and digital files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depict prepubescent minors and minors who have not attained 12 years of age, engaging in sexually explicit conduct, all of which had been shipped and transported in interstate and foreign commerce, including by means of a cellular phone and a computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts One through Three of this Indictment are incorporated herein by reference as though fully set forth herein for the purpose of alleging criminal forfeitures pursuant to Title 18, United States Code, Section 2253(a)(3).

2. As a result of the commission of the violations charged in Counts One through Three of this Indictment, the defendant, MATTHEW JAMES KITE, did use the following to commit or to promote the commission of said violations (hereinafter collectively referred to as the "Subject Property"):

    a)    One Compaq laptop, Serial Number: 5CB1282XQJ

    b)    One ZTE mobile phone, black in color, with IMEI number 990006810729276, including ZTE SanDisk microSD card;

    c)    One LG mobile phone, Serial Number 711VTVR037751;

    d)    One HP laptop with power cord, Serial Number 5CD3050KF3: and

    e)    One Asus Laptop, Model K501.

WHEREFORE, the government seeks forfeiture of the Subject Property pursuant to Title 18, United States Code, Section 2253(a)(3).

A True Bill,

FOREPERSON

SCOTT W. BRADY  
United States Attorney  
PA ID No. 88352